IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT NORTHERN PAPER, INC. : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 02-CV-4620 |
| : | |
| YORK PAPER COMPANY : | |
| : | |
| Defendant, : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of the motion for admission pro hac vice of Peter J. Brann, Esquire and any response thereto, it is hereby ORDERED and DECREED that Peter J. Brann, Esquire, an attorney with the law firm of Brann & Isaacson, 184 Main Street, Lewiston, Maine, is admitted to practice before this Court pro hac vice for the purposes of this action.

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT NORTHERN PAPER, INC. : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 02-CV-4620 |
| : | |
| YORK PAPER COMPANY : | |
| : | |
| Defendant, : | |

## MOTION FOR ADMISSION
### PRO HAC VICE OF PETER J. BRANN, ESQUIRE

Plaintiff, Great Northern Paper, Inc., through its attorney, Blank Rome Comisky & McCauley LLP, moves this honorable Court to admit Peter J. Brann, Esquire pro hac vice and in support states as follows:

1.  Peter J. Brann is admitted to practice before, and is a member in good standing of, the bar of the highest court of the State of Maine, the Maine Supreme Judicial Court. Peter J. Brann is also a member in good standing of the Supreme Judicial Court of Massachusetts, the United States Supreme Court, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the District of Columbia, the United States District Court for the District of

116947.00601/21046210v1

Declarations of Grant S. Palmer, Esquire and Peter J. Brann, Esquire attached respectively as Exhibits "A" and "B."

2. Peter J. Brann is not now, and has not ever been, the subject of any disciplinary action by any state or federal court, bar association or administrative agency. Id.

3. The law firm of Brann & Isaacson, 184 Main Street, P.O. Box 3070, Lewiston, Maine represents Great Northern Paper, Inc. in a variety of matters and is familiar with this matter. Id.

4. Peter J. Brann has read, and is familiar with, the provisions of the Judicial Codes which pertain to the jurisdiction and practice in the United States District Courts, the Federal Rules of Evidence and the Local Rules of the United States District Court for the Eastern District of Pennsylvania and he will faithfully adhere thereto. Id.

5. Great Northern has designated Grant Palmer and Daniel Rhynhart, a partner and an associate, respectively, in the law firm of Blank Rome Comisky & McCauley, who are both members in good standing of the Bar of this Court, as attorneys with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served. Id.

6. Blank Rome Comisky & McCauley maintains an office in this judicial district at One Logan Square, Philadelphia, Pennsylvania 19103. Id.

WHEREFORE, it is respectfully requested that an Order be entered permitting Peter J. Brann, Esquire to be admitted to practice before this Court for the purposes of this lawsuit.

                                        BLANK ROME COMISKY & McCAULEY LLP

                                        By: _____
                                                GRANT S. PALMER
                                                DANIEL E. RHYNHART
                                                One Logan Square
                                                Philadelphia, PA  19103

                                                Attorneys for Plaintiff
                                                Great Northern Paper, Inc.

Dated: July 24, 2002

116947.00601/21046210v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT NORTHERN PAPER, INC. | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>: NO. 02-CV-4620 |
| YORK PAPER COMPANY | : |
| Defendant, | : |

**DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE OF PETER J. BRANN, ESQUIRE**

Grant S. Palmer, declares as follows:

1. I am a partner with the law firm of Blank Rome Comisky & McCauley LLP and a member of the Bar of this Court in good standing.

2. The facts set forth in the foregoing motion for admission pro hac vice of Peter J. Brann, Esquire are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

_____
GRANT S. PALMER

Executed on July 24, 2002

900400.00001/21046235v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT NORTHERN PAPER, INC. : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 02-CV-4620 |
| : | |
| YORK PAPER COMPANY : | |
| Defendant, : | |

### DECLARATION IN SUPPORT OF MOTION FOR
### ADMISSION PRO HAC VICE OF PETER J. BRANN, ESQUIRE

Peter J. Brann, declares as follows:

I am an attorney with the law firm of Brann & Isaacson, 184 Main Street, Lewiston, Maine 04243-3070. I have been a member in good standing of the Bar of the Supreme Judicial Court of Maine since 1981. I am also a member in good standing of the Supreme Judicial Court of Massachusetts, the United States Supreme Court, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the District of Columbia, the United States District Court for the District of Maine, and the United States District Court for the District of Massachusetts.

My law firm has represented Great Northern Paper, Inc. in various matters and Great Northern Paper, Inc. has communicated its desire to continue this firm's representation in this action.

I have contacted Grant S. Palmer of the law firm of Blank Rome Comisky & McCauley LLP, a member in good standing of the Bar of this Court, and he has agreed to assist me with the representation of Great Northern before this Court and to serve as associate counsel with whom

the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

 The facts set forth in the foregoing motion for admission <u>pro</u> <u>hac</u> <u>vice</u> of Peter J. Brann are true and correct to the best of my knowledge, information, and belief.

 I declare under penalty of perjury that the foregoing is true and correct.


            _____
            PETER J. BRANN

Executed on July 19, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2002, a true and correct copy of the foregoing Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Peter J. Brann, Esquire was served via first class mail, postage prepaid, addressed as follows:

> Dean M. Schwartz, Esquire
> Stradley Ronon Stevens & Young, LLP
> 2600 One Commerce Square
> Philadelphia, PA  19103

_____
GRANT S. PALMER