STRADLEY RONON STEVENS & YOUNG, LLP
Andrew K. Stutzman (SBN:  72922)
2600 One Commerce Square
Philadelphia, PA  19103-7098          Attorneys for Defendant
(215) 564-8000                        York Paper Company

_____

| GREAT NORTHERN PAPER, INC. | : | UNITED STATES DISTRICT COURT |
| Plaintiff, | : | FOR THE EASTERN DISTRICT OF |
|  | : | PENNSYLVANIA |
| vs. | : |  |
|  | : |  |
| YORK PAPER COMPANY, INC. | : |  |
|  | : | No. 02-4620 |
| Defendant. | : |  |

_____

## ENTRY OF APPEARANCE

TO THE CLERK:

      Please enter the appearance of the undersigned as counsel for the defendant in the above-captioned action.

      Respectfully submitted,

_____
Andrew K. Stutzman, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8008

Dated:  July 30, 2002

Doc. #600849v.1