## **CERTIFICATE OF SERVICE**

      I, Andrew K. Stutzman, hereby certify that on July 30, 2002, a copy of the foregoing document was served by United States mail, first class, postage prepaid, upon the following:

*Grant S. Palmer, Esquire*
*Blank Rome Comisky & McCauley, LLP*
*One Logan Square*
*Philadelphia, PA 19103*

_____
Andrew K. Stutzman

Doc. #601216v.1