IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
GREAT NORTHERN PAPER, INC. :
:
Plaintiff,   :   CIVIL ACTION
:   NO. 02-CV-4620
v.   :
:
YORK PAPER COMPANY   :
:
Defendant.   :
_____:

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

Plaintiff Great Northern Paper, Inc. ("Great Northern") hereby submits this Opposition to the Motion of Defendant York Paper Company ("York Paper") pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Great Northern relies on the attached Memorandum of Law.

KLEINBARD, BELL & BRECKER LLP

By:_____
IMOGENE E. HUGHES
1900 Market Street, Suite 700
Philadelphia, PA 19103

PETER J. BRANN
Brann & Isaacson
184 Main Street, P.O. Box 3070
Lewiston, ME  04243-3070

DATED:   August  21, 2002