IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREAT NORTHERN PAPER, INC. :<br><br>           Plaintiff,<br><br>v.<br><br>YORK PAPER COMPANY<br><br>           Defendant. | CIVIL ACTION<br>NO. 02-CV-4620 |

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

Plaintiff Great Northern Paper, Inc. ("Great Northern") hereby submits this Opposition to the Motion of Defendant York Paper Company ("York Paper") pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Great Northern relies on the attached Memorandum of Law.

KLEINBARD, BELL & BRECKER LLP

By:_____
     IMOGENE E. HUGHES
     1900 Market Street, Suite 700
     Philadelphia, PA 19103

     PETER J. BRANN
     Brann & Isaacson
     184 Main Street, P.O. Box 3070
      Lewiston, ME  04243-3070

DATED:   August  21, 2002

Case 2:02-cv-04620-JF    Document 8    Filed 08/28/2002    Page 2 of 2