IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREAT NORTHERN PAPER, INC.    :    CIVIL ACTION

      v.    :
                         NO. 02-4620
YORK PAPER COMPANY

**O R D E R**

      AND NOW, this 16th day of June, 2003 it is Ordered that a status report of this case shall be forwarded to the court within ten days from the date of this order.

ATTEST:                       or    BY THE COURT

BY:_____        _____
   Rosalind Burton-Hoop        John P. Fullam, Judge
   Courtroom Deputy

Civ 12 (9/83)
minuteo