UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT NORTHERN PAPER, INC.<br><br>　　Plaintiff,<br><br>　　　　　v.<br><br>YORK PAPER COMPANY<br><br>　　Defendant. | CIVIL ACTION No. 02-CV-4620 |

**PRAECIPE TO MARK ACTION AS SETTLED,
DISCONTINUED, AND ENDED**

TO THE CLERK:

　　　　Please mark the above-captioned action as SETTLED, DISCONTINUED and ENDED with prejudice.


_____　　　　　_____
Andrew K. Stutzman　　　　　　　　　　　Gary M. Growe
Stradley, Ronon, Stevens & Young, LLP　　Gary M. Growe, P.A.
2600 One Commerce Square　　　　　　　50 Columbia Street
Philadelphia, PA  19103　　　　　　　　　Suite 79
(215) 564-8008　　　　　　　　　　　　　Bangor, ME 04401

Attorneys for Defendant　　　　　　　　　Trustee for Plaintiff, Great Northern
　　　　　　　　　　　　　　　　　　　　Paper, Inc.

Doc. #700236v.1