IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT NORTHERN PAPER, INC. | : | CIVIL ACTION |
| vs. | : | |
| YORK PAPER COMPANY | : | NO. 02-4620 |

### **O R D E R**

**AND NOW**, this 29th day of July, 2003, it having been reported that the issues between **PLAINTIFF GREAT NORTHERN PAPER, INC.** and **DEFENDANT YORK PAPER COMPANY** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.

ATTEST:                                or        BY THE COURT:


BY:_____                       _____
    Rosalind Burton-Hoop                         JOHN P. FULLAM, Sr. J.
        Deputy Clerk



COPIES BY MAIL ON  7/29/03   TO:   Andrew K. Stutzman, Esquire
                                   Grant S. Palmer, Esquire
                                   Imogene E. Hughes, Esquire
                                   Peter J. Brann, Esquire


Civ 12 (7/95)